JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAN TUY AHN, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PHO FEVER BISTRO CORPORATION, a California corporation; PATRICK TRAN, an individual; DAISY TRAN, an individual; and DOES 1-10 [sic], inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00327 DOC (KSx)<br><br>**ORDER GRANTING MOTION OF PHO FEVER BISTRO CORP. TO DISMISS COMPLAINT UNDER F.R.C.P. 12(b)(6), 12(d)** [17]<br><br>Date: March 22, 2021<br>Time: 8:30 a.m.<br>Ctrm.: 9D |

　　The Motion of Defendant Pho Fever Bistro Corp. to Dismiss Complaint under Federal Rules of Civ. Proc. 12(b)(6) and 12(d) (the "Motion to Dismiss"), came for hearing in Courtroom 9D of this Court on March 22, 2021, at 8:30 a.m., before the Hon. David O. Carter, United District Court Judge.

　　Having considered Defendant's moving papers and those submitted in opposition, other pleadings and papers on file in this case, and the arguments of counsel, the Court rules as follows:

　　1.　The Court FINDS Plaintiff's Complaint fails to state a claim as a matter of law and Plaintiff cannot cure such failure by amendment;

2. The Court GRANTS the Motion to Dismiss under Fed. Rules 12(b)(6) and 12(d); and,

3. The Court ORDERS the Complaint dismissed without leave to amend.

SO ORDERED.

Dated: March 22, 2021

*David O. Carter*

DAVID O. CARTER
United States District Court Judge